AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moses, Barbara C. | United States District Court | 08/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full-Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 920
New York, NY 10007-1312

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President, Director | New York County Lawyers Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2. Berkshire Hathaway Class A Common Stock | | None | P2 | T | | | | | |
| 3. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 4. Citigroup Common Stock | B | Dividend | L | T | | | | | |
| 5. DFA Emerging Markets Core Equity 1 | B | Dividend | L | T | Buy | 04/19/18 | L | | |
| 6. DFA International Core Equity I | C | Dividend | M | T | | | | | |
| 7. DFA US Large Cap Value | C | Dividend | M | T | | | | | |
| 8. Doubleline Core Fixed Income Mutual Fund \ | E | Dividend | O | T | Buy (add'l) | 07/19/18 | N | | |
| 9. | | | | | Sold (part) | 10/31/18 | J | | |
| 10. Goldman Sachs Muni Income Fund Mutual Fund | B | Dividend | L | T | Buy (add'l) | 06/29/18 | J | | |
| 11. Ironwood Pharmaceuticals Class A Common Stock | | None | N | T | | | | | |
| 12. Ironwood Pharmaceuticals Class B Common Stock | | None | P1 | T | | | | | |
| 13. iShares Core MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 14. iShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 15. JM Smuckers Company Common Stock | B | Dividend | L | T | | | | | |
| 16. Jefferies Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. Lowe's Companies Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Matthews Asian Growth and Income Mutual Fund | B | Dividend | K | T | Sold (part) | 04/19/18 | J | | |
| 19. | | | | | Sold (part) | 12/11/18 | K | A | |
| 20. Invesco Water Resources ETF | A | Dividend | J | T | | | | | |
| 21. Schwab Tax-Free Bond | B | Dividend | | | Buy | 10/31/18 | O | | |
| 22. | | | | | Sold | 12/11/18 | N | D | |
| 23. SPDR S&P 500 ETF | E | Dividend | O | T | Sold (part) | 01/23/18 | J | B | |
| 24. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 25. | | | | | Sold (part) | 04/19/18 | L | E | |
| 26. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 27. | | | | | Sold (part) | 07/19/18 | L | E | |
| 28. T. Rowe Price International Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 29. Templeton Global Bond Mutual Fund | D | Dividend | M | T | | | | | |
| 30. Templeton Global Income Mutual Fund | A | Dividend | J | T | | | | | |
| 31. Tootsie Roll Industries Common Stock | A | Dividend | K | T | Sold (part) | 04/06/18 | J | A | |
| 32. Vanguard Extended Market ETF | B | Dividend | M | T | | | | | |
| 33. Vanguard Extended Market Mutual Fund | A | Dividend | | | Sold | 07/19/18 | K | E | |
| 34. Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Buy (add'l) | 04/02/18 | J | | |
| 36. | | | | | Sold (part) | 04/19/18 | L | D | |
| 37. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 38. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 40. Vanguard High Dividend Yield ETF | C | Dividend | M | T | Buy (add'l) | 04/02/18 | J | | |
| 41. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 42. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 43. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 44. Vanguard Intermediate-Term Tax-Exempt Mutual Fund | E | Dividend | O | T | Sold (part) | 07/19/18 | J | | |
| 45. | | | | | Sold | 10/31/18 | O | | |
| 46. | | | | | Buy | 12/11/18 | O | | |
| 47. Vanguard Short-Term Investment Grade Mutual Fund | C | Dividend | | | Sold | 08/15/18 | M | | |
| 48. Vanguard Short-Term Treasury Mutual Fund | B | Dividend | M | T | Buy | 08/16/18 | M | | |
| 49. Vanguard Total Bond Market ETF | D | Dividend | N | T | Buy (add'l) | 01/02/18 | J | | |
| 50. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 51. | | | | | Buy (add'l) | 03/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 53. | | | | | Buy (add'l) | 04/19/18 | L | | |
| 54. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 55. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 56. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 57. | | | | | Sold (part) | 07/19/18 | N | | |
| 58. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 59. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 60. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 61. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 62. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 63. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 64. Vanguard Total International Stock ETF | C | Dividend | M | T | Buy (add'l) | 04/02/18 | J | | |
| 65. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 66. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 68. Schwab Cash Sweep | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Government Securities Money Market | A | Dividend | | | Sold | 07/20/18 | J | | |
| 70. NYC Transitional Finance Auth Rev 3% 11/1/18 | B | Interest | | | Matured | 11/01/18 | K | | |
| 71. JPMorgan Chase Bank Account | A | Interest | M | T | | | | | |
| 72. Bank of America Account | A | Interest | L | T | | | | | |
| 73. Canadian Imperial Bank of Commerce | B | Interest | N | T | | | | | |
| 74. 401(k) Plan #1 (H) | | | | | | | | | |
| 75. - Federated US Treasury Cash Reserves I Mutual Fund | A | Dividend | | | | | | | |
| 76. - Fidelity Government Money Market Fund | B | Dividend | L | T | | | | | |
| 77. - PIMCO High Yield Admin Mutual Fund | D | Dividend | M | T | | | | | |
| 78. - Lazard International Strategic Equity Mutual Fund | A | Dividend | | | | | | | |
| 79. - Fidelity Overseas Fund K | B | Dividend | K | T | | | | | |
| 80. - Goldman Sachs Growth Opportunities A Mutual Fund | A | Dividend | | | | | | | |
| 81. - MFS Mid-Cap Growth Fund Class R6 | C | Dividend | L | T | | | | | |
| 82. - T. Rowe Price 2020 Mutual Fund | D | Dividend | M | T | | | | | |
| 83. Morvillo Abramowitz Target Benefit Plan (H) | | | | | Merged (with line 74) | 03/29/18 | M | | |
| 84. 401(k) Plan #2 (H) | | | | | | | | | |
| 85. - IBM Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Large Company Index Fund | | None | J | T | | | | | |
| 87. - Interest Income Fund | | None | J | T | | | | | |
| 88. NY 529 Accounts (H) | | | L | T | Distributed (part) | 08/03/18 | K | | |
| 89. | | | | | Distributed (part) | 12/13/18 | K | | |
| 90. - Moderate Age-Based Option: Income Portfolio | A | Dividend | K | T | | | | | |
| 91. - Moderate Age-Based Option: Conservative Portfolio | A | Dividend | | | | | | | |
| 92. - Conservative Age-Based Option: Conservative Income Portfolio | A | Dividend | K | T | | | | | |
| 93. - Interest Accumulation Portfolio | A | Dividend | K | T | | | | | |
| 94. - Inflation-Protected Securities Portfolio | B | Dividend | K | T | | | | | |
| 95. - Conservative Age-Based Option: Balanced Income Portfolio | A | Dividend | | | | | | | |
| 96. Treasury Direct | Savings Bonds | C | Interest | M | T | | | | | |
| 97. Orrick Investments 2000 LLC | A | Interest | J | T | | | | | |
| 98. Orrick Investments 2001 LLC | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII (Investments and Trusts), Line 74: 401(k) Plan #1 (H). On March 29th, 2018, this 401(k) plan was moved to a new plan custodian. As part of this change, several investment options were exchanged for alternative investment options offered through the new custodian. These were not reportable transactions as they occurred automatically when the plan moved to the new custodian. The investments on this disclosure that were impacted have been outlined further below.

In Part VII (Investments and Trusts), Line 75: Federated US Treasury Cash Reserves I Mutual Fund. This investment is no longer available through the new 401(k) plan custodian and was automatically exchanged for the Fidelity Government Money Market Fund (Line 76) position when the plan moved to the new custodian.

In Part VII (Investments and Trusts), Line 78: Lazard International Strategic Equity Mutual Fund. This investment is no longer available through the new 401(k) plan custodian and was automatically exchanged for the Fidelity Overseas Fund K (Line 79) position when the plan moved to the new custodian.

In Part VII (Investments and Trusts), Line 80: Goldman Sachs Growth Opportunities A Mutual Fund. This investment is no longer available through the new 401(k) plan custodian and was automatically exchanged for the MFS Mid-Cap Growth Fund Class R6 (Line 81) position when the plan moved to the new custodian.

In Part VII (Investments and Trusts), Line 83: Morvillo Abramowitz Target Benefit Plan (h). The assets in this plan were rolled into 401(k) Plan #1 (H) (Line 74) on March 29th, 2018. As such, the T. Rowe Price 2020 Mutual Fund (Line 82) position is now reported under 401(k) Plan #1.

In Part VII (Investments and Trusts), Line 88: NY 529 Accounts (H). The New York 529 Account statements do not provide income detail. Therefore, dividend yield information from a reputable data source was used and income was estimated for the reporting period on a best-efforts basis.

In Part VII (Investments and Trusts), Line 91: Moderate Age-Based Option: Conservative Portfolio. This entire position was exchanged for the Moderate Age-Based Option: Income Portfolio (line 90) as part of automatic rebalancing that occurs as the beneficiary gets closer to college-aged.

In Part VII (Investments and Trusts), Line 95: Conservative Age-Based Option: Balance Income Portfolio. This entire position was exchanged for the Conservative Age-Based Option: Conservative Income Portfolio (line 92) as part of automatic rebalancing that occurs as the beneficiary gets closer to college-aged.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara C. Moses**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544